UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED for extension to 8/12/16.==

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 2:09-CR-00004 |
| v. | ) | ~~2:16-CV-00041~~ XXXXXXXXXX |
| | ) | Judge Trauger |
| ROY EDWARD NORRIS | ) | |

**UNITED STATES' MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE RESPONSE**

The United States of America, by and through undersigned counsel, respectfully requests that the deadline to file the government's response in this case be extended by 14 days, to August 12, 2016, to give counsel adequate time to prepare a response. This is the government's first request for an extension.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

By: **s/ Amanda J. Klopf**
Amanda J. Klopf
Assistant United States Attorney
A-961 U.S. Courthouse
110 Ninth Avenue South
Nashville, Tennessee 37203
Telephone: 615-736-5431

1

## CERTIFICATE OF SERVICE

      I hereby certify that on July 21, 2016, I electronically served one copy of the United States' Motion for an Extension of Time in Which to File Response with the Clerk of the Court by using the CM/ECF system, which will notify counsel for all defendants.

                                                                        s/ **Amanda J. Klopf**
                                                                         Amanda J. Klopf
                                                                         Assistant U.S. Attorney
                                                                         110th Avenue South, A96l
                                                                         Nashville, Tennessee 37203
                                                                         Phone: 615-736-5431